Fill in this information to identify your case:

Debtor 1: **Ronnie Crutchfield**

Debtor 2: **Mauricia Crutchfield**
(Spouse, if filing)

United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA**

Case number: **20-30126**
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                                                         12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| **Occupation** | | **Benefits Counselor** |
| **Employer's name** | **Specialty Coating and Laminating** | **Pierce Group Benefits** |
| **Employer's address** | **10351 Verdfon Rd.**<br>**Doswell, VA 23047** | **4928 Linkland Drive, Ste 201**<br>**Holly Springs, NC 27540** |
| **How long employed there?** | **4 months** | **6 months** |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ **2,773.33** | $ **3,583.34** |
| 3. | **Estimate and list monthly overtime pay.** | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | $ **2,773.33** | $ **3,583.34** |

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | **Copy line 4 here** | | 4. | $ 2,773.33 | $ 3,583.34 |
| 5. | **List all payroll deductions:** | | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | | $ 429.43 | $ 604.61 |
| | 5b. Mandatory contributions for retirement plans | 5b. | | $ 0.00 | $ 0.00 |
| | 5c. Voluntary contributions for retirement plans | 5c. | | $ 0.00 | $ 0.00 |
| | 5d. Required repayments of retirement fund loans | 5d. | | $ 0.00 | $ 0.00 |
| | 5e. Insurance | 5e. | | $ 328.77 | $ 219.03 |
| | 5f. Domestic support obligations | 5f. | | $ 0.00 | $ 0.00 |
| | 5g. Union dues | 5g. | | $ 0.00 | $ 0.00 |
| | 5h. Other deductions. Specify: flex spending medical | 5h.+ | | $ 154.74 + | $ 90.29 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | | $ 912.94 | $ 913.93 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | | $ 1,860.39 | $ 2,669.41 |
| 8. | **List all other income regularly received:** | | | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm | 8a. | | $ 0.00 | $ 0.00 |
| | 8b. Interest and dividends | 8b. | | $ 0.00 | $ 0.00 |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | | $ 0.00 | $ 0.00 |
| | 8d. Unemployment compensation | 8d. | | $ 0.00 | $ 0.00 |
| | 8e. Social Security | 8e. | | $ 0.00 | $ 0.00 |
| | 8f. Other government assistance that you regularly receive | 8f. | | $ 0.00 | $ 0.00 |
| | 8g. Pension or retirement income | 8g. | | $ 0.00 | $ 0.00 |
| | 8h. Other monthly income. Specify: 1/12 annual income tax refunds | 8h.+ | | $ 0.00 + | $ 100.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | | $ 0.00 | $ 100.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. | 10. | | $ 1,860.39 + $ 2,769.41 = | $ 4,629.80 |

**Debtor 1** Ronnie Crutchfield
**Debtor 2** Mauricia Crutchfield
Case number (*if known*) **20-30126**

5a. **Tax, Medicare, and Social Security deductions**
5b. **Mandatory contributions for retirement plans**
5c. **Voluntary contributions for retirement plans**
5d. **Required repayments of retirement fund loans**
5e. **Insurance**
5f. **Domestic support obligations**
5g. **Union dues**
5h. **Other deductions.** Specify: flex spending medical

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

8b. **Interest and dividends**

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

8d. **Unemployment compensation**
8e. **Social Security**
8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify:

8g. **Pension or retirement income**
8h. **Other monthly income.** Specify: 1/12 annual income tax refunds

Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____     11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies      12. $ 4,629.80
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1: Ronnie Crutchfield

Debtor 2 (Spouse, if filing): Mauricia Crutchfield

United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA

Case number: 20-30126 (If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

# Official Form 106J
## Schedule J: Your Expenses            12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**
   ☐ No. Go to line 2.
   ■ Yes. **Does Debtor 2 live in a separate household?**
      ■ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☐ No
   Do not list Debtor 1 and Debtor 2.   ■ Yes. Fill out this information for each dependent.............
   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter | 17 | ☐ No  ■ Yes |
   | Daughter | 18 | ☐ No  ■ Yes |
   | Daughter | 19 | ☐ No  ■ Yes |
   |  |  | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.   4. $ **1,400.00**

   If not included in line 4:
   4a. Real estate taxes   4a. $ **0.00**
   4b. Property, homeowner's, or renter's insurance   4b. $ **0.00**
   4c. Home maintenance, repair, and upkeep expenses   4c. $ **0.00**
   4d. Homeowner's association or condominium dues   4d. $ **0.00**
5. **Additional mortgage payments for your residence,** such as home equity loans   5. $ **0.00**

Official Form 106J                    **Schedule J: Your Expenses**                    page 1

| Debtor 1 | **Ronnie Crutchfield** | | |
|---|---|---|---|
| Debtor 2 | **Mauricia Crutchfield** | Case number (if known) | **20-30126** |

6. **Utilities:**
   - 6a. Electricity, heat, natural gas — 6a. $ **250.00**
   - 6b. Water, sewer, garbage collection — 6b. $ **162.00**
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ **574.00**
   - 6d. Other. Specify: — 6d. $ **0.00**
7. **Food and housekeeping supplies** — 7. $ **800.00**
8. **Childcare and children's education costs** — 8. $ **250.00**
9. **Clothing, laundry, and dry cleaning** — 9. $ **80.00**
10. **Personal care products and services** — 10. $ **300.00**
11. **Medical and dental expenses** — 11. $ **80.00**
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ **200.00**
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ **13.80**
14. **Charitable contributions and religious donations** — 14. $ **0.00**
15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ **0.00**
    - 15b. Health insurance — 15b. $ **0.00**
    - 15c. Vehicle insurance — 15c. $ **110.00**
    - 15d. Other insurance. Specify: — 15d. $ **0.00**
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **Personal Property Taxes** — 16. $ **10.00**
17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1 — 17a. $ **0.00**
    - 17b. Car payments for Vehicle 2 — 17b. $ **0.00**
    - 17c. Other. Specify: — 17c. $ **0.00**
    - 17d. Other. Specify: — 17d. $ **0.00**
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** — 18. $ **0.00**
19. **Other payments you make to support others who do not live with you.** Specify: — 19. $ **0.00**
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    - 20a. Mortgages on other property — 20a. $ **0.00**
    - 20b. Real estate taxes — 20b. $ **0.00**
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ **0.00**
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ **0.00**
    - 20e. Homeowner's association or condominium dues — 20e. $ **0.00**
21. **Other:** Specify: — 21. +$ **0.00**

22. **Calculate your monthly expenses**
    - 22a. Add lines 4 through 21. — $ **4,229.80**
    - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — $
    - 22c. Add line 22a and 22b. The result is your monthly expenses. — $ **4,229.80**

23. **Calculate your monthly net income.**
    - 23a. Copy line 12 *(your combined monthly income)* from Schedule I. — 23a. $ **4,629.80**
    - 23b. Copy your monthly expenses from line 22c above. — 23b. -$ **4,229.80**
    - 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. — 23c. $ **400.00**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    - ■ No.
    - ☐ Yes. Explain here:

Office of the US Trustee
701 E. Broad Street, Ste 4304
Richmond, VA 23219

Capital One
Attn: Bankruptcy Dept
PO Box 30285
Salt Lake City, UT 84130

EZ Pass Maryland
PO Box 17600
Baltimore, MD 21297

Aaron's, Inc.
PO Box 100039
Kennesaw, GA 30156

Caroline County
Treasurer's Office
PO Box 431
Bowling Green, VA 22427

First Premier Bank
601 S. Minnesota Avenue
Sioux Falls, SD 57104

Acceptance Now
5501 Headquarters Drive
Plano, TX 75024

Chrysler Capital
PO Box 660335
Dallas, TX 75266-0335

Focused Recovery Solutions
9701 Metropolitan Court
Suite B
Richmond, VA 23236

AMR Mid Atlantic
Po box 100296
Atlanta, GA 30384-0296

Clarence Campbell, III, DDS
PO Box 35
Bowling Green, VA 22427-0035

Fredericksburg Orthodontics
10618 Spotsylvania Ave
Fredericksburg, VA 22408

Aqua Virginia
762 W. Lancaster Avenue
Bryn Mawr, PA 19010-3489

Columbia Gas of VA
Bankruptcy Dept
200 Civic Center Drive, 11th F
Columbus, OH 43215

Garland and Delores Simms
17227 Begonia Drive
Ruther Glen, VA 22546

Bank of America
RE bankruptcy
PO Box 790087
Saint Louis, MO 63179

Comcast Cable
5401 Staples Mill Road
Richmond, VA 23228

Gary Abell
2070 Val Park Drive
Oilville, VA 23129-2223

BioScrip Infusion Serv
305 Ashcake Road
Ashland, VA 23005

Commonwealth Financial
245 Main Street
Scranton, PA 18519

Hanover General District Ct.
P.O. Box 176
Hanover, VA 23069

Bleecker Brodey & Andrews
9247 N. Meridian St, Ste 101
Indianapolis, IN 46260

Credit Acceptance
P.O. Box 513
Southfield, MI 48037

Henrico Doctor's Hospital
Att: Legal Dept
PO Box 13620
Richmond, VA 23225

Bon Secours Richmond Health Sy
PO Box 28538
Richmond, VA 23228

Debt Recovery Solutions, LLC
3800 Jericho Turnpike
Syosset, NY 11791

IRS - Dept of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Capital Accounts
PO Box 140065
Nashville, TN 37214-0065

Dept of Ed/Nelnet
PO Box 9635
Wilkes Barre, PA 18773

Ladysmith Dental
18010 Jefferson Davis Hwy
Ruther Glen, VA 22546

Case 20-30126-KLP    Doc 8-1    Filed 01/10/20    Entered 01/10/20 15:08:34    Desc
Schedules I and J and Mailing matrix    Page 6 of 6

Crutchfield, Ronnie and Mauricia - 20-

Ladysmith Veterinary Hospital
17298 Jefferson Davis Hwy
Ruther Glen, VA 22546

Portfolio Recoveries
120 Corporate Blvd
Ste 1
Norfolk, VA 23502

Tuckahoe Orthopaedic
Business Office
Post Office Box 71690
Richmond, VA 23255

LVNV Funding
PO Box 10587
Greenville, SC 29603-0584

Prestige
PO Box 26707
Salt Lake City, UT 84126

Verizon Wireless
Bankruptcy Admin
500 Technology Dr Ste 500
Weldon Springs, MO 63304

MCV/VCU Health System
PO Box 758997
Baltimore, MD 21275

Professional Financial Servic
5400 D Glenside Dr
Henrico, VA 23228

Virginia Dept of Taxation
Bankruptcy Dept
PO Box 2156
Richmond, VA 23218-2156

Medicredit Inc
PO Box 1629
Maryland Heights, MO 63043-0629

Progressive Insurance
PO Box 94656
Cleveland, OH 44101-4656

Wells Fargo Bank
Overdraft Recovery
PO Box 63491
San Francisco, CA 94163

MiraMed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148

Progressive Leasing
PO Box 413110
Salt Lake City, UT 84141

Nationwide Recovery Systems
3000 Kellway Dri
Carrollton, TX 75006

Rolfe Emergency Phys, LLC
PO Box 37934
Philadelphia, PA 19101-7934

Neibauer Dental Care
3128 Cowan Blvd
Central Park Office
Fredericksburg, VA 22401

Skipwith Road Emerg Phys
PO Box 37935
Philadelphia, PA 19101

NPAS Inc
PO Box 99587
Louisville, KY 40269

State Farm Insurance
P.O. Box 830854
Birmingham, AL 35283-0854

Option Care
4170 Lafayette Center Dr
Ste 300
Chantilly, VA 20151

TitleMax of Virginia, Inc
Attn: Bankruptcy Dept
15 Bull Street, Suite 200
Savannah, GA 31401

Phoenix Financial Services
8902 Otis Ave Ste 103A
Indianapolis, IN 46216

Torey Group
3 TOREY CT
Stafford, VA 22554